IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GE BUSINESS FINANCIAL SERVICES INC., f/k/a MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM OBEID, CHRISTOPHER LAMACK, DANTE MASSARO, and ATIT JARIWALA, <br><br> Defendants. | Case No. |

**GENERAL ELECTRIC BUSINESS FINANCIAL SERVICES, INC.'S
DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, GE Business Financial Services, Inc. ("*GEBFS*"), by and through counsel, states that:

1. GEBFS is 100% owned by GEI, Inc., which is in turn owned by GE Capital Corporation. GEBFS owns two entities: BFS Capital Assets, LLC, and Landmark FBO Holdings, LLC.

2. No publicly-held corporation owns 10% or more of GEBFS's stock.

Dated: June 10, 2010

        Respectfully submitted,

        **GE BUSINESS FINANCIAL SERVICES INC.**

By:     /s/ Dawn M. Canty
        One of Its Attorneys

Dawn M. Canty
Heather Kuhn O'Toole
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe
Chicago, Illinois 60661
Telephone: (312) 902-5200

Daniel J. King
John F. Isbell
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
Telephone: (404) 572-4600

*Attorneys for GE Business Financial Services Inc.*

50596535