U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

GE BUSINESS FINANCIAL SERVICES INC., f/k/a MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC., Plaintiff v. WILLIAM OBEID, CHRISTOPHER LAMACK, DANTE MASSARO, and ATIT JARIWALA, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GE BUSINESS FINANCIAL SERVICES INC.

| |
|---|
| NAME (Type or print) <br> Heather Kuhn O'Toole |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Heather Kuhn O'Toole |
| FIRM <br> Katten Muchin Rosenman LLP |
| STREET ADDRESS <br> 525 West Monroe Street |
| CITY/STATE/ZIP <br> Chicago, IL 60661 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6277828     TELEPHONE NUMBER: 312-902-5378 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |