IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GE BUSINESS FINANCIAL SERVICES INC., f/k/a MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM OBEID, CHRISTOPHER LAMACK, DANTE MASSARO, and ATIT JARIWALA, <br><br> Defendants. | Case No. 1:10-cv-03617 |

## JOINT MOTION FOR STAY

Plaintiff GE Business Financial Services Inc. ("GEBFS") and Defendants Christopher LaMack, William Obeid, Dante Massaro, and Atit Jariwala jointly move this Court for an order staying this matter until the earlier of September 23, 2010, or 10 days from the filing and service on each Defendant by email, or overnight mail at the addresses provided below of a notice of withdrawal of consent to stay by GEBFS. In support of this motion, the parties state as follows:

1.  In connection with a commercial real estate transaction, Defendants are parties to certain guaranties in favor of GEBFS and related to a loan agreement between GEBFS and Gemini Youngsville Crossing LLC ("Gemini"), an entity owned and controlled by Defendants.

2.  On January 19, 2010, GEBFS sent Gemini a notice of breach for alleged failure to pay installments due under the notes executed in connection with loan.

3.  On February 9, 2010, GEBFS sent Gemini and Defendants a notice of acceleration and demand for payment.

4.  On May 3, 2010, GEBFS sent Defendants a notice and demand letter in connection the guaranties.

5. On June 7, 2010, GEBFS sent Defendants a letter notifying Defendants of their nonpayment of amounts sought in the GEBFS's May, 3, 2010 notice.

6. On June 9, 2010, Defendants filed a Complaint against GEBFS in the United States District Court for the Eastern District of North Carolina, Western Division seeking a declaratory judgment with regards to their rights and status under the guaranties. Defendants also assert claims for breach of contract, negligent misrepresentation, negligent loan administration, breach of fiduciary duty and violation of the North Carolina Unfair and Deceptive Trade Practices Act.

7. This matter was initiated on June 10, 2010, when GEBFS filed its Complaint against Defendants for breach of the guaranties.

8. On or about July 2, 2010, the parties agreed to the terms of a potential settlement, which require certain events to occur on or before September 22, 2010.

9. If all such terms are achieved by or before September 22, 2010, then the parties will jointly dismiss this matter.

10. Accordingly, this matter should be stayed until September 23, 2010 to conserve the parties' and the Court's resources. Neither party will be prejudiced by such a stay as the matter is in the earliest stages and the Court should not be required to expend its resources in the meantime.

11. A proposed order will be submitted via email for the Court's convenience.

WHEREFORE, GEBFS and Defendants respectfully request that the Court enter an order staying this matter until the earlier of September 23, 2010, or 10 days from the filing and service on each Defendant by email, or overnight mail at the addresses provided below of a notice of withdrawal of consent to stay by GEBFS.

Respectfully submitted this 6th day of July 2010.

*William T Obeid* (signature)

William Obeid
71 W. 12th Street, Unit 6H
New York, New York 10011
WObeid@gemini-re.com

---

Christopher LaMack
142 Preserve Way
Mooresville, North Carolina 28117
CLaMack@gemini-re.com

---

Dante Massaro
32 Hannah Cole Drive
St. Augustine, FL 32080
dmassaro@gemini-re.com

---

Atit Jariwala
14326 Manderleigh Woods Drive
Town and Country, Missouri 63017
atitjariwala@yahoo.com

*Pro Se*

KATTEN MUCHIN ROSENMAN LLP

s/ Dawn M. Canty

Dawn M. Canty
Heather Kuhn O'Toole
525 West Monroe
Chicago, Illinois 60661
Telephone: (312) 902-5200

KING & SPALDING LLP

John F. Isbell
Daniel J. King
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.572.4600

*Attorneys for Plaintiff*
*GE Business Financial Services Inc.*

3

Respectfully submitted this 6th day of July 2010.

KATTEN MUCHIN ROSENMAN LLP

William Obeid
71 W. 12th Street, Unit 6H
New York, New York 10011
WObeid@gemini-re.com

s/ Dawn M. Canty

Dawn M. Canty
Heather Kuhn O'Toole
525 West Monroe
Chicago, Illinois 60661
Telephone: (312) 902-5200

Christopher LaMack
142 Preserve Way
Mooresville, North Carolina 28117
CLaMack@gemini-re.com

KING & SPALDING LLP

John F. Isbell
Daniel J. King
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.572.4600

Dante Massaro
32 Hannah Cole Drive
St. Augustine, FL 32080
dmassaro@gemini-re.com

*Attorneys for Plaintiff
GE Business Financial Services Inc.*

Atit Jariwala
14326 Manderleigh Woods Drive
Town and Country, Missouri 63017
atitjariwala@yahoo.com

*Pro Se*

Respectfully submitted this 6th day of July 2010.

KATTEN MUCHIN ROSENMAN LLP

---

William Obeid
71 W. 12th Street, Unit 6H
New York, New York 10011
WObeid@gemini-re.com

s/ Dawn M. Canty

Dawn M. Canty
Heather Kuhn O'Toole
525 West Monroe
Chicago, Illinois 60661
Telephone: (312) 902-5200

---

Christopher LaMack
142 Preserve Way
Mooresville, North Carolina 28117
CLaMack@gemini-re.com

KING & SPALDING LLP

John F. Isbell
Daniel J. King
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: 404.572.4600

---

Dante Massaro
32 Hannah Cole Drive
St. Augustine, FL 32080
dmassaro@gemini-re.com

*Attorneys for Plaintiff*
*GE Business Financial Services Inc.*

---

Atit Jariwala
14326 Manderleigh Woods Drive
Town and Country, Missouri 63017
atitjariwala@yahoo.com

*Pro Se*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2010, I electronically filed this JOINT MOTION FOR STAY with the Clerk of Court using the CM/ECF system and have served a copy on each Defendants via U.S. Mail, postage prepaid at the following address:

> William Obeid
> 71 W. 12th Street, Unit 6H
> New York, New York 10011
>
> Christopher LaMack
> 142 Preserve Way
> Mooresville, North Carolina 28117
>
> Dante Massaro
> 32 Hannah Cole Drive
> St. Augustine, FL 32080
>
> Atit Jariwala
> 14326 Manderleigh Woods Drive
> Town and Country, Missouri 63017

s/ Dawn M. Canty

50600485