**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GE BUSINESS FINANCIAL SERVICES INC., f/k/a MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., <br><br>  Plaintiff, <br><br> v. <br><br> WILLIAM OBEID, CHRISTOPHER LAMACK, DANTE MASSARO, and ATIT JARIWALA, <br><br>  Defendants. | Case No. 1:10-cv-03617 <br><br> Judge Wayne R. Andersen |

**NOTICE OF MOTION**

To:  The Parties on the Certificate of Service

PLEASE TAKE NOTICE that on Wednesday, July 14, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen, or any other Judge sitting in his stead in Room 1403 of the United States District Court for the Northern District of Illinois, and there and then present the attached *Joint Motion for Stay*, a copy of which is hereby served upon you..

Dated:  July 6, 2010

                                   **GENERAL ELECTRIC BUSINESS
                                   FINANCIAL SERVICES, INC.**

                           By:        /s/ Dawn M. Canty
                                          One of Its Attorneys

Dawn M. Canty
Heather Kuhn O'Toole
Katten Muchin Rosenman LLP
525 West Monroe
Chicago, Illinois 60661
(312) 902-5200

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2010, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of Court using the CM/ECF system and have served a copy on each Defendants via U.S. Mail, postage prepaid at the following address:

>William Obeid
>71 W. 12th Street, Unit 6H
>New York, New York 10011
>
>Christopher LaMack
>142 Preserve Way
>Mooresville, North Carolina 28117
>
>Dante Massaro
>32 Hannah Cole Drive
>St. Augustine, FL 32080
>
>Atit Jariwala
>14326 Manderleigh Woods Drive
>Town and Country, Missouri 63017



s/ Dawn M. Canty

50600494