## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
## Eastern Division

GE Business Financial Services Inc.

                         Plaintiff,

v.                                    Case No.: 1:10–cv–03617
                                         Honorable Wayne R. Andersen

William Obeid, et al.

                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 13, 2010:

       MINUTE entry before Honorable Wayne R. Andersen:Joint MOTION by Plaintiff GE Business Financial Services Inc. to stay[6]is granted. Pursuant to stipulation, the defendant to answer or otherwise plead to plaintiff's complaint by 8/5/2010. Parties need not appear in court on 7/14/2010. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.